## Commonwealth ex rel. Shanahan, Appellant, *v.* Shanahan.

Argued December 17, 1964. Habeas corpus for custody of children. *Joseph D. Calhoun,* for appellant; *James C. Buckley,* with him *Reilley & Pearce,* for appellee.

Order affirmed.

## Commonwealth ex rel. Thomas, Appellant, *v.* Rundle.

Submitted December 14, 1964. *Rudolph Thomas,* appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Yodock, Appellant, *v.* Russell.

Submitted December 14, 1964. *Walter Yodock,* appellant, in propria persona; *Clinton W. Smith,* for appellee.

Order affirmed.